**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1538**

---

TAJINDER SINGH,

                                                    Petitioner,

        versus

MICHAEL B. MUKASEY, United States Attorney
General,

                                                    Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A73-570-136)

---

Submitted:  December 19, 2007        Decided:  January 7, 2008

---

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Martin Avila Robles, San Francisco, California, for Petitioner.
Peter D. Keisler, Assistant Attorney General, Aviva L. Poczter,
Senior Litigation Counsel, Vanessa O. Lefort, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tajinder Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals ("Board") denying as untimely his motion to reopen removal proceedings. We have reviewed the administrative record and find no abuse of discretion in the Board's order. See 8 C.F.R. § 1003.2(a) (2007) ("The decision to grant or deny a motion to reopen . . . is within the discretion of the Board . . . ."); Barry v. Gonzales, 445 F.3d 741, 744 (4th Cir. 2006) (stating abuse of discretion standard), cert. denied, 127 S. Ct. 1147 (2007). We therefore deny the petition for review for the reasons stated by the Board. See In re: Singh, No. A73-570-136 (B.I.A. May 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -